IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brian Wayne Potter,  :
　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff(s),　　　　　　　:
　　　　　　　　　　　　　　　　　　:　Case Number: 1:14cv7
　　vs.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　Chief Judge Susan J. Dlott
Commissioner of Social Security,　:
　　　　　　　　　　　　　　　　　　:
　　　　Defendant(s).　　　　　　　:

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 16, 2014 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b).  Based on the defendant's motion to voluntary remand to the Social Security Administration, no objections will be filed.  Therefore the Court ADOPTS the Report and Recommendation.

Accordingly, the Court **GRANTS** the defendant's motion (Doc. 18) to remand. The decision of the Commissioner denying plaintiff's application for supplemental security income is **REVERSED** and this matter is hereby **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. §405(g).

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　___s/Susan J. Dlott_____
　　　　　　　　　　　　　　　　　　Chief Judge Susan J. Dlott
　　　　　　　　　　　　　　　　　　United States District Court